IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | |
|---|---|
| Paul E. Sira, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| V. | ) Case No. 10-4132-CV-C-JTM |
| | ) |
| Michael J. Astrue, | ) |
| | ) |
| Defendant. | ) |

## ORDER

On Friday, December 2, 2011, the Court heard oral argument on the *Plaintiff's Social Security Brief*, filed July 8, 2011 [Doc. 13] and the *Brief For Defendant*, filed August 11, 2011 [Doc. 14]. After due consideration of the issues presented, and for the reasons set forth by the Court at the conclusion of the argument, it is

**ORDERED** that this matter is **REVERSED AND REMANDED** to the Social Security Administration pursuant to 42 U.S.C. §405(g), sentence 4 for action consistent with the decision of the Court as set forth at the conclusion of the oral argument on December 2, 2011. It is further

**ORDERED** that the Commissioner shall obtain from the court reporter a copy of the transcript of the oral argument so that the Commissioner will know the basis upon which this case is remanded.

                                                      */s/ John T. Maughmer*
                                                      **JOHN T. MAUGHMER**
                                                      **U. S. MAGISTRATE JUDGE**