# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI
# CENTRAL DIVISION

| | |
|---|---|
| Paul E. Sira, | ) |
| | ) |
|        Plaintiff, | ) |
| | ) |
| V. | )   Case No. 10-4132-CV-C-JTM |
| | ) |
| Michael J. Astrue, | ) |
| | ) |
|        Defendant. | ) |

## ORDER

Pending before the Court is the *Motion For Application for Attorney's Fees Under Equal Access To Justice Act*, filed February 14, 2012 [Doc. 20]. After due consideration of the issues presented, and in light of the agreement of the parties, it is

**ORDERED** that the *Motion For Application for Attorney's Fees Under Equal Access To Justice Act*, filed February 14, 2012 [Doc. 20] is **GRANTED**. Accordingly, plaintiff is awarded $6,893.01 in attorney's fees and expenses under the Equal Access To Justice Act.

                                                        */s/ John T. Maughmer*
                                                   **JOHN T. MAUGHMER**
                                                  **U. S. MAGISTRATE JUDGE**