IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | | |
|---|---|---|
| Paul E. Sira, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 10-4132-CV-C-JTM |
| | ) | |
| Carolyn W. Colvin, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Pending before the Court is plaintiff's *Motion And Memorandum In Support Of Plaintiff's Application For Attorney's Fees Under 42 U.S.C. §406(b)*, filed August 20, 2013 [Doc. 23]. After due consideration of the issues presented, and in light of the agreement of the parties, it is

**ORDERED** that plaintiff's *Motion And Memorandum In Support Of Plaintiff's Application For Attorney's Fees Under 42 U.S.C. §406(b)*, filed August 20, 2013 [Doc. 23] is **GRANTED**. Accordingly, the Commissioner shall pay the reasonable sum of $18,500.00 to counsel for plaintiff, Dennis C. O'Dell for attorney fees under 42 U.S.C. §406(b). Additionally, the Commissioner shall refund the remaining sum of $12,337.98 being withheld for attorney fees to plaintiff. Further, plaintiff's counsel, Dennis C. O'Dell, shall refund to plaintiff the attorney fees previously awarded and paid pursuant to the Equal Access to Justice Act, 28 U.S.C. §2412, in the amount of $6,712.65.

                                                  */s/ John T. Maughmer*
                                                    **John T. Maughmer**
                                          **United States Magistrate Judge**